UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

                             **DEFENDANT BRADLEY J. STINN'S**
                             **NOTICE OF CHANGE OF ADDRESS**
                             **FOR JOHN F. LAURO**

   - against -

BRADLEY STINN,                             07-CR-113 (NG)

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Please take notice that the Lauro Law Firm and John F. Lauro, counsel for defendant, Bradley Stinn, has a new Florida office address:

        John F. Lauro
        Lauro Law Firm
        101 E. Kennedy Blvd.
        Suite 3100
        Tampa, FL  33602

Dated: October 22, 2007
       New York, NY

                             Respectfully Submitted:

                             **LAURO LAW FIRM**

                             */s/ John F. Lauro*
                             JOHN F. LAURO
                             1540 Broadway, Suite 1604
                             New York, NY  10036
                             T:  (646) 746-8659
                             F:  (212) 938-0858
                             101 E. Kennedy Blvd., Suite 3100
                             Tampa, FL  33602
                             T: (813) 222-8990
                             F: (813) 222-8991
                             E: jlauro@laurolawfirm.com
                             *Attorneys for Bradley Stinn*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic notification this 22nd day of October 2007, to:


Scott B. Klugman
Ilene Weininger Jaroslaw
United States Attorneys Office
Criminal Division
147 Pierrepont Street
Brooklyn, NY 11201
E: scott.b.klugman@usdoj.gov
E: Ilene.jaroslaw@usdoj.gov

David W. Shapiro, Esq.
Boies, Schiller & Flexner LLP
1999 Harrison Street
Suite 900
Oakland, CA 94612
dshapiro@bsfllp.com


*/s/ John F. Lauro*
John F. Lauro