Judge Nina Gershon
April 21, 2009 3:00 PM

## CRIMINAL CAUSE FOR SENTENCING
~~08-~~ (NG)
07-CR-113

DEFT NAME: Bradley Stinn (1)
☒ present   ☐ not present   ☐ custody   ☒ bail

DEFENSE COUNSEL: David W. Shapiro
☒ present   ☐ not present   ☐ Appointed   ☒ Retained   ☐ Federal Defender

A.U.S.A.: Scott B. Klugman, Ilene Jaroslaw, Tanya Hill, and Jack Ellis

USPO: Cherly Figuroa   C.R.: Victoria Butler   Clerk: Vic Joe

☒ CASE CALLED.              ☐ SENTENCING ADJ'D TO _____.
☒ SENTENCING HELD.          ☒ STATEMENTS OF DEFT AND COUNSEL HEARD
☐ COURT FINDS FACTUAL BASIS FOR, AND ACCEPTS, RULE 11 PLEA.

☒ DEFT SENTENCED ON COUNT ONE AS FOLLOWS:

<u>120 months</u> Imprisonment   <u>3 years</u> Supervised Release   _____ Probation

<u>$300</u> Special Assessment   _____ Fine   <u>$4,393,575.00</u> Restitution

☐ EXECUTION OF SENTENCE IS STAYED TO _____.
☐ REMAINING OPEN COUNTS ARE DISMISSED ON
          ☐ GOVT'S MOTION   ☐ COURT'S MOTION
☐ COURT ADVISED DEFT OF RIGHT TO APPEAL.   ☐ I.F.P. GRANTED.
☐ DEFT REMANDED.
☐ DEFT ON BAIL PENDING APPEAL.

Case called. All parties present. Statements from defendant, counsel and the government heard. Defendant sentenced to 120 months, 3 years supervise release, and a $300 special assessment imposed. Restitution was ordered in the amount $4,393,575 plus interest. Stipulation and Preliminary Order of Forfeiture made final, and directed by the court to be attached to the Judgment. Defendant's application to remain on bail while the appeal is pending heard. The court's decision is reserved.

4 hours